**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                              §       Case No. 12-26407-ERW
                                    §
ABELARDO IRIZARRY                   §
                                    §
                                    §
                                    §
           Debtor(s)                §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 05/15/2014, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/24/2014              By:  /s/ David P. Leibowitz
                                           Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-26407-ERW |
| | § | |
| ABELARDO IRIZARRY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $7,336.00
*and approved disbursements of*     $2,521.04
*leaving a balance on hand of*[1]:     $4,814.96

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,814.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,226.20 | $0.00 | $1,226.20 |
| David P. Leibowitz, Trustee Expenses | $11.08 | $0.00 | $11.08 |

Total to be paid for chapter 7 administrative expenses:     $1,237.28
Remaining balance:     $3,577.68

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,577.68

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,577.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $188,226.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $1,767.97 | $0.00 | $33.60 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank | $2,124.19 | $0.00 | $40.38 |
| 3 | Motorola Employees' Credit Union | $164,042.49 | $0.00 | $3,118.01 |
| 4 | American Express Centurion Bank | $7,533.96 | $0.00 | $143.20 |
| 5 | US Dept of Education | $12,757.64 | $0.00 | $242.49 |

|  | Total to be paid to timely general unsecured claims: | $3,577.68 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Remaining balance: | $0.00 |

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                  Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 12-26407-ERW
Abelardo Irizarry                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 1            Date Rcvd: Apr 25, 2014
                              Form ID: pdf006          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2014.
db         +Abelardo Irizarry,    4300 W. Lake Ave,    Apt. A308,    Glenview, IL 60026-1461
19485823    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19103514   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19103515   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19103516   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19103518   +Grochocinski, Grochocinski, & LLoyd,    1900 Ravina Place,    Orland Park, IL 60462-3760
19103519   +Motorola Ecu,    1205 E Algonquin,    Schaumburg, IL 60196-4040
19479743   +Motorola Employees' Credit Union,    Attention: Amy Grena,    1205 East Algonquin Road,
             Schaumburg, IL 60196-4040
19665302    US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
19103520   +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19421967    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 26 2014 00:35:02     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19103517   +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 26 2014 00:35:02     Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
19456044   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 26 2014 00:34:34
             PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
20728574    E-mail/PDF: rmscedi@recoverycorp.com Apr 26 2014 00:49:04
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2014 at the address(es) listed below:
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Joseph P Doyle    on behalf of Debtor Abelardo  Irizarry joe@fightbills.com, courts@fightbills.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4