# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-26407-ERW |
| | § | |
| ABELARDO IRIZARRY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $42,860.00 | Assets Exempt: | $7,500.00 |
| Total Distributions to Claimants: | $3,577.68 | Claims Discharged Without Payment: | $185,596.57 |
| Total Expenses of Administration: | $1,327.11 | | |

3) Total gross receipts of $7,336.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,431.21 (see **Exhibit 2**), yielded net receipts of $4,904.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,327.11 | $1,327.11 | $1,327.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $188,723.00 | $192,957.69 | $188,226.25 | $3,577.68 |
| **Total Disbursements** | $188,723.00 | $194,284.80 | $189,553.36 | $4,904.79 |

4). This case was originally filed under chapter 7 on 06/30/2012. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2014   By:  /s/ David P. Leibowitz
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Estimated 2011 tax refund of $5,311.00 was received before filing (April 2012) and spent on ordinary and necessary livin | 1124-000 | $4,836.00 |
| Automobile - 2008 Honda Accord with 61,000 in mileage - Paid In Full - Full Coverage Auto Insurance - Car was appraised | 1129-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,336.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ABELARDO IRIZARRY | Exemptions | 8100-002 | $2,431.21 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,431.21** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,226.20 | $1,226.20 | $1,226.20 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $11.08 | $11.08 | $11.08 |
| Green Bank | 2600-000 | NA | $89.83 | $89.83 | $89.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,327.11 | $1,327.11 | $1,327.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $1,767.00 | $1,767.97 | $1,767.97 | $33.60 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-900 | $2,061.00 | $2,124.19 | $2,124.19 | $40.38 |
| 3 | Motorola Employees' Credit Union | 7100-000 | $164,042.00 | $168,773.93 | $164,042.49 | $3,118.01 |
| 4 | American Express Centurion Bank | 7100-900 | $7,405.00 | $7,533.96 | $7,533.96 | $143.20 |
| 5 | US Dept of Education | 7100-000 | $12,500.00 | $12,757.64 | $12,757.64 | $242.49 |
|  | Chase | 7100-000 | $948.00 | $0.00 | $0.00 | $0.00 |
|  | Grochocinski, Grochocinski, & LLoyd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $188,723.00 | $192,957.69 | $188,226.25 | $3,577.68 |

Case 12-26407    Doc 26    Filed 01/13/15    Entered 01/13/15 14:33:44    Desc Main
Document      Page 4 of 8

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 12-26407-ERW | |
| **Case Name:** | IRIZARRY, ABELARDO | |
| **For the Period Ending:** | 12/15/2014 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Date Filed (f) or Converted (c):** | 06/30/2012 (f) | |
| **§341(a) Meeting Date:** | 08/28/2012 | |
| **Claims Bar Date:** | 12/07/2012 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking account with Chase | $200.00 | $200.00 | | $0.00 | FA |
| 2  Miscellaneous used household goods and furnishings | $490.00 | $490.00 | | $0.00 | FA |
| 3  Books, Pictures, and CD's | $90.00 | $90.00 | | $0.00 | FA |
| 4  Wearing Apparel | $1,100.00 | $0.00 | | $0.00 | FA |
| 5  Miscellaneous Costume Jewelry | $80.00 | $80.00 | | $0.00 | FA |
| 6  Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |
| 7  401(k) / Retirement plan through employer - 100% exempt. | $42,000.00 | $42,000.00 | | $0.00 | FA |
| 8  Estimated 2011 tax refund of $5,311.00 was received before filing (April 2012) and spent on ordinary and necessary living expenses. | $0.00 | $4,836.00 | | $4,836.00 | FA |
| 9  Automobile - 2008 Honda Accord with 61,000 in mileage - Paid In Full - Full Coverage Auto Insurance - Car was appraised by CarMax | $9,000.00 | $2,600.00 | | $2,500.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $52,960.00 | $50,296.00 | | $7,336.00 | $0.00 |

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/10/2013 | Prepared motion to sell for jtb review |
| 06/19/2013 | Motion to sell the estate's interest to be filed RE: 2008 Honda Accord. |
| | Then TFR. |
| 11/30/2012 | Tax Intercept Completed |

**Initial Projected Date Of Final Report (TFR):**     01/31/2014              /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                              DAVID LEIBOWITZ

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-26407-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | IRIZARRY, ABELARDO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9138 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2012 | (9) | Abelardo Irizarry | Payment on equity | 1129-000 | $500.00 | | $500.00 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.18 | $499.82 |
| 11/26/2012 | (9) | ABELARDO IRIZARRY | Payment | 1129-000 | $500.00 | | $999.82 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.96 | $998.86 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $997.36 |
| 01/02/2013 | (9) | ABELARDO IRIZARRY | Payment | 1129-000 | $500.00 | | $1,497.36 |
| 01/29/2013 | (9) | Abelardo Irizarry | 4th Payment | 1129-000 | $500.00 | | $1,997.36 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.36 | $1,995.00 |
| 02/26/2013 | (9) | ABELARDO IRIZARRY | Payment | 1129-000 | $500.00 | | $2,495.00 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.95 | $2,492.05 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,488.03 |
| 04/17/2013 | (8) | United States Treasury | Tax Refund | 1124-000 | $4,836.00 | | $7,324.03 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.15 | $7,317.88 |
| 05/28/2013 | 3001 | ABELARDO IRIZARRY | Entitled portion of tax refund. | 8100-002 | | $2,431.21 | $4,886.67 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.57 | $4,874.10 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.64 | $4,863.46 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.99 | $4,853.47 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.33 | $4,845.14 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.06 | $4,838.08 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.80 | $4,830.28 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.79 | $4,822.49 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.53 | $4,814.96 |
| 05/26/2014 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,226.20 | $3,588.76 |
| 05/26/2014 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $11.08 | $3,577.68 |
| 05/26/2014 | 3004 | US Dept of Education | Claim #: 5; Amount Claimed: 12,757.64; Amount Allowed: 12,757.64; Distribution Dividend: 1.90; | 7100-000 | | $242.49 | $3,335.19 |
| 05/26/2014 | 3005 | Motorola Employees' Credit Union | Claim #: 3; Amount Claimed: 168,773.93; Amount Allowed: 164,042.49; Distribution Dividend: 1.90; | 7100-000 | | $3,118.01 | $217.18 |
| 05/26/2014 | 3006 | American Express Centurion Bank | Claim #: 4; Amount Claimed: 7,533.96; Amount Allowed: 7,533.96; Distribution Dividend: 1.90; | 7100-900 | | $143.20 | $73.98 |
| 05/26/2014 | 3007 | Discover Bank | Claim #: 1; Amount Claimed: 1,767.97; Amount Allowed: 1,767.97; Distribution Dividend: 1.90; | 7100-900 | | $33.60 | $40.38 |
| 05/26/2014 | 3008 | PYOD, LLC its successors and assigns as assignee of | Claim #: 2; Amount Claimed: 2,124.19; Amount Allowed: 2,124.19; Distribution Dividend: 1.90; | 7100-900 | | $40.38 | $0.00 |

| | | | | **SUBTOTALS** | $7,336.00 | $7,336.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-26407-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | IRIZARRY, ABELARDO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9138 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $7,336.00 | $7,336.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,336.00 | $7,336.00 | |
| | | | Less: Payments to debtors | | $0.00 | $2,431.21 | |
| | | | **Net** | | $7,336.00 | $4,904.79 | |

**For the period of 6/30/2012 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,336.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,336.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,904.79 |
| Total Non-Compensable Disbursements: | $2,431.21 |
| Total Comp/Non Comp Disbursements: | $7,336.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/22/2012 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,336.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,336.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,904.79 |
| Total Non-Compensable Disbursements: | $2,431.21 |
| Total Comp/Non Comp Disbursements: | $7,336.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 12-26407    Doc 26    Filed 01/13/15    Entered 01/13/15 14:33:44    Desc Main
Exhibit 9
**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document      Page 8 of 8

| | | |
|---|---|---|
| **Case No.** | 12-26407-ERW | |
| **Case Name:** | IRIZARRY, ABELARDO | |
| **Primary Taxpayer ID #:** | **-***9138 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/30/2012 | |
| **For Period Ending:** | 12/15/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******0701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,336.00 | $7,336.00 | $0.00 |

**For the period of 6/30/2012 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,336.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,336.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,904.79 |
| Total Non-Compensable Disbursements: | $2,431.21 |
| Total Comp/Non Comp Disbursements: | $7,336.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/30/2012 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,336.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,336.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,904.79 |
| Total Non-Compensable Disbursements: | $2,431.21 |
| Total Comp/Non Comp Disbursements: | $7,336.00 |
| Total Internal/Transfer Disbursements: | $0.00 |